No. 75–6548.  MORRISON v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 75–6553.  HACKETT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 75–6557.  ANDERSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6560.  NICHOLSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6561.  ROBINSON ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–6566.  LEWIS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 75–6571.  KNIGHT v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 75–6573.  SMITH v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 75–6585.  WEINER ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 75–6586.  HANES v. SULLIVAN, PRISON COMMISSIONER. C. A. 5th Cir.  Certiorari denied.

No. 75–6587.  MORGAN v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 75–6592.  ROSS v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 75–6594.  GRAHAM v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 75–6599.  REA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.